William Douglas White #224592
McCarthy & White, PLLC
8205 Pettit Court
McLean, VA 22102
703-770-9265
wdw@mccarthywhite.com
Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-397-ELG |
| | ) | (Chapter 7) |
| ETS of Washington LLC | ) | |
| | ) | |
| DEBTOR. | ) | |
| _____ | ) | |
| | | |
| Estate of ETS of Washington LLC, | ) | |
| William Douglas White, Trustee | ) | |
| | ) | A.P. No. 21-10005-ELG |
| | ) | |
| Plaintiff / Counter-Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WCP Fund I LLC, 1Sharpe Opportunity | ) | |
| Intermediate Trust, and DP Capital LLC | ) | |
| | ) | |
| Defendants / Counterclaimants | ) | |

MOTION TO DISMISS COUNTERCLAIM

Plaintiff and Counter Defendant Estate of ETS of Washington LLC by and through its Trustee, William Douglas White, files this Motion to Dismiss the Counterclaim, and in support of the Motion states as follows:.

1. Defendants through their Counterclaim for Declaratory Relief have made improper use of declaratory relief and the pleading of a counterclaim. The matters raised by Defendants in their request for declaratory relief are in the nature of defenses to the Plaintiff's

complaint. Defendants elected to file a Motion to Dismiss the entirety of the Plaintiff's Complaint in this adversary, and that matter is currently pending before the Court. If the Defendants' Motion is granted, the Complaint itself would be dismissed and render the Defendants' Motion to Dismiss as moot. If the Motion is denied by the Court, Defendants will presumably file an Answer to the Complaint and raise the very defenses that they are alleging in their Counterclaim for Declaratory Relief. In that sense the impropriety of the declaratory relief sough is premature and should and wait to a point when, and if, Defendants are required to answer the allegations of the Complaint.

2. Case law supports the proposition that this is an improper use of declaratory relief. The process of seeking declaratory relief does not create any new substantive right. The claimant "must be seeking more a retrospective opinion that he was wrongly harmed" by the opposing party. Jordan v. Sosa, 654 F.3d 1012, 1025 (10th Cir. 2011).

3. Wherefore, for the reasons above and such additional reasons as presented at the hearing on this matter, the Trustee for Estate of ETS of Washington LLC requests that the Defendants' Counterclaim be dismissed.

Respectfully submitted,

/s/ William Douglas White
William Douglas White #224592
McCarthy & White, PLLC
8205 Pettit Court
McLean, VA 22102
Telephone:    703-770-9265
wdw@mccarthywhite.com

Trustee for Plaintiff/Counter Defendant, Estate of ETS of Washington LLC

CERTIFICATE OF SERVICE

      I hereby certify that on October 18, 2021 a copy of the foregoing and the proposed Order, were filed and sent through the court's ECF system to all registered ECF participants who have appeared in this case and by first class mail to:

Maurice B. VerStandig, Esq
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012

                                  /s/ William Douglas White

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: ) | CASE NO. 20-397-ELG | |
| ) | (Chapter 7) | |
| ETS of Washington LLC ) | | |
| ) | | |
| DEBTOR. ) | | |
| ) | | |
| | | |
| Estate of ETS of Washington LLC, ) | | |
| William Douglas White, Trustee ) | | |
| ) | A.P. No. 21-10005-ELG | |
| ) | | |
| Plaintiff / Counter-Defendant, ) | | |
| ) | | |
| v. ) | | |
| ) | | |
| WCP Fund I LLC, 1Sharpe Opportunity ) | | |
| Intermediate Trust, and DP Capital LLC ) | | |
| ) | | |
| Defendants / Counterclaimants ) | | |

ORDER DISMISSING COUNTERCLAIM

This matter having come before the Court pursuant to the Trustee's Motion to Dismiss

Counterclaim and good cause having been shown, it is

ORDERED that the Defendants' Counterclaim be and hereby is dismissed.

I ASK FOR THIS:

/s/ William Douglas White
William Douglas White #224592
McCarthy & White, PLLC
8205 Pettit Court
McLean, VA 22102
Telephone:    703-770-9265
wdw@mccarthywhite.com

Trustee for Plaintiff Counter Defendant Estate of ETS of Washington LLC